Before the Third Division, October 27, 1966

**No. P66/310.**—New York Merchandise Co., Inc. *v.* United States, protests 60/15271, etc. (New York).

**No. P66/311.**—Ross Products, Inc. *v.* United States, protests 65/20897 and 65/20898 (New York).

LANDIS, J.   In accordance with stipulation of counsel that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), and that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiffs was sustained.